

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00261-CR

Jose B. **ROCHA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR4421
Honorable Christine Del Prado, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED May 14, 2025.

_____
Adrian A. Spears II, Justice